

# NUMBER 13-21-00141-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**NORMA ALICIA SOLIS,**                                                     **Appellant,**

**v.**

**JUAN JOSE CONDE,**                                                        **Appellee.**

---

On appeal from the 93rd District Court
of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on appellant's unopposed motion to dismiss which

indicates the order being appealed was vacated, rendering this appeal moot.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, appellant's motion to dismiss is granted and the appeal is hereby dismissed.

DORI CONTRERAS<br>
Chief Justice

Delivered and filed on the
1st day of July, 2021.